# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | ELIZABETH ANN HARKISON |
| Case Number: | 2:11-BK-26980-RTB      Chapter: 7 |
| Date / Time / Room: | THURSDAY, JANUARY 19, 2012 11:00 AM   7TH FLOOR #703 |
| Hearing Officer: | JIM SAMUELSON |
| Courtroom Clerk: | LORRAINE DAVIS |
| Reporter / ECR: | ANNETTE AGUILAR |

## Matter:

REAFFIRMATION AGREEMENT WITH AMERICAN HONDA FINANCE CORPORATION

R / M #:   11 / 0

## Appearances:

JOON KEE, ATTORNEY FOR ELIZABETH ANN HARKISON, WITH CLIENT

## Proceedings:

THE REAFFIRMATION AGREEMENT(S) IS/ARE:

__X___   VACATED SUBJECT TO CALL.  THE HEARING MAY BE RESET AT THE REQUEST OF EITHER PARTY.

_____   VACATED: NO APPEARANCE

_____   CONTINUED TO:

_____   APPROVED.

_____   DENIED.

Case 2:11-bk-26980-EPB    Doc 19    Filed 01/19/12    Entered 01/19/12 11:27:56    Desc
Main Document    Page 1 of 1